**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BABU SEBASTIAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUCILE PACKARD CHILDREN'S HOSPITAL, et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-01941-BLF<br><br>**CORRECTED[1] ORDER GRANTING STIPULATED REQUEST TO CONTINUE TRIAL DATE AND PRETRIAL DATES**<br><br>[RE:  ECF 26] |

　　　　The Court has received the parties' stipulated request for a continuance of the trial date and pretrial dates.  That request is GRANTED.  The requested trial date of March 7, 2016 is not available; the Court has scheduled trial for the next available date thereafter, March 28, 2016.

　　　　IT IS HEREBY ORDERED that the case schedule be MODIFIED as follows:

| | |
|---|---|
| The fact discovery cut-off: | December 7, 2015 |
| The last day to designate experts: | January 8, 2016 |
| The expert discovery cut-off: | February 8, 2016 |
| The last date to hear dispositive motions: | December 17, 2015 |
| The Final Pretrial Conference: | February 25, 2016 |
| Trial: | March 28, 2016 |

Dated: May 1, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] This order is issued to correct a clerical error.  The corrected order reflects the dates the parties requested with the exception of the trial date, which had to be adjusted due to the Court's schedule as noted above.  The parties did not propose a date for hearing dispositive motions.  The Court has set that date in accordance with its Standing Order Re Civil Cases, which requires that summary judgment motions be heard at least ninety days before trial.