1  Michael H. Kim, Esq. (State Bar No. 200792)
   Melanie Massey, Esq. (State Bar No. 289611)
2  **MICHAEL H. KIM, P.C.**
   475 El Camino Real, Suite 309
3  Millbrae, CA 94030
4  Telephone: (650) 697-8899
   Facsimile: (650) 697-8896
5
   Attorney for Plaintiff
6  BABU SEBASTIAN

7  MICHAEL D. BRUNO  (SBN: 166805)
8  mbruno@gordonrees.com
   ALYSON S. CABRERA  (SBN: 222717)
9  acabrera@gordonrees.com
   SARA A. MOORE (SBN: 294255)
10 smoore@gordonrees.com
11 **GORDON & REES LLP**
   275 Battery Street, Suite 2000
12 San Francisco, CA 94111
13 Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
14
   Attorneys for Defendants
15 LUCILE PACKARD CHILDREN'S
16 HOSPITAL, SUMESH JAIN and
   GARIMA SRIVASTAVA
17

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABU SEBASTIAN, | Case No. 5:14-cv-01941 BLF |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD; SUMESH JAIN; GARIMA SRIVASTAVA; DOES 1 through 100, | |
| Defendants. | |

STIPULATION FOR DISMISSAL

1

IT IS HEREBY STPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned entire action is dismissed with prejudice as to call claims and against all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: 8/11/2015

MICHAEL H. KIM, P.C.

Michael H. Kim, Esq.
Attorney for Plaintiff
BABU SEBASTIAN

Dated: 8/12/15

GORDON & REES LLP

Alyson S. Cabrera, Esq.
Attorneys for Defendants
LUCILE PACKARD CHILDREN'S HOSPITAL, SUMESH JAIN and GARIMA SRIVASTAVA

## ORDER

Based upon the parties' stipulation, and good cause otherwise appearing, this entire action is dismissed with prejudice with the parties to bear their own legal fees and costs. The Clerk is directed to close this case.

SO ORDERED.

Dated: _____

*/s/ Beth Labson Freeman*
United States District Court Judge